1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT TACOMA

8   LARRY DARNELL DUNOMES,
                                              CASE NO. C12-5821 RBL-JRC
9                    Plaintiff,
                                              ORDER ADOPTING A REPORT
10        v.                                  AND RECOMMENDATION

11  MIKE SOMMERFELD et al.

12                   Defendants.

13       The Court having reviewed the Report and Recommendation of the Hon. J. Richard

14  Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any,

15  and the remaining record, does hereby find and Order:

16       (1)    The Court adopts the Report and Recommendation;

17       (2)    Plaintiff's motion to proceed in forma pauperis is denied.

18       (3)    The Clerk shall file the complaint only on receipt of the usual filing fee. If
                no filing fee is paid within 30 days of the date of this Order, the Clerk
19              shall close the file.

20
21
22
23
24

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1

(4)   The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 30th day of November, 2012.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 2